USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY SMALLS,

                      Defendant.

23 Cr. 160 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a status conference in this matter on **February 20, 2024**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: February 5, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge