```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  02/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

UNITED STATES OF AMERICA,

          Plaintiff,

          -v-

Anthony Smalls,

          Supervisee.

-----------------------------------------x

No. 0208 1:23CR00160-01 (AT)

ORDER

Honorable Analisa Torres, U.S. District Judge:

    IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release conference held on February 20, 2024, that the home detention location monitoring condition will be removed as follows:

    On February 27, 2024, Mr. Smalls will report to the U.S. Probation Office as directed. Mr. Smalls will return all equipment to the U.S. Probation Office, and the ankle monitor will be removed by the probation officer. The probation officer will then escort Mr. Smalls to the transportation vehicle for residential substance use treatment admission.

SO ORDERED:

Dated:    February 20, 2024
              New York, New York

                                                              Honorable Analisa Torres
                                                              U.S. District Judge