```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTHONY SMALLS,

                Defendant.

23 Cr. 160 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for October 7, 2024, is ADJOURNED to **October 15, 2024**, at **5:00 p.m.**

      SO ORDERED.

Dated: October 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge