UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -against-

ANTHONY SMALLS,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2024

23 Cr. 160 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold a conference in this matter on **November 4, 2024**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl St., New York, NY 10007.

      SO ORDERED.

Dated: October 23, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge